```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43041
   WENDELL B MILLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7615

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/19/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 05/12/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
ARONSON FURNITURE          SECURED            750.00           .00         750.00
ARONSON FURNITURE          UNSECURED          160.05           .00          16.01
FUTURE FINANCE             SECURED           4635.00        456.80        4635.00
FUTURE FINANCE             UNSECURED         3019.74           .00         301.97
ILLINOIS DEPT OF REVENUE   PRIORITY           249.71           .00         249.71
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED           .00             .00
CITY OF CHICAGO            UNSECURED       NOT FILED           .00             .00
CINGULAR WIRELESS          UNSECURED          782.21           .00          78.22
CITY OF CHICAGO PARKING    UNSECURED          420.00           .00          42.00
CITY OF EVANSTON           UNSECURED          190.00           .00          19.00
US BANK CONSUMER FINANCE   UNSECURED         9148.26           .00         914.83
ILLINOIS DEPT OF REVENUE   UNSECURED           79.80           .00           7.98
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      210.00           .00         210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         594.98
DEBTOR REFUND              REFUND                                          147.50

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              10,624.00

PRIORITY                                       459.71
SECURED                                      5,385.00
    INTEREST                                   456.80
UNSECURED                                    1,380.01
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           594.98
DEBTOR REFUND                                  147.50
                     ---------------       ---------------
TOTALS               10,624.00              10,624.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 43041 WENDELL B MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE